DREW M. VEROST et al., Respondents, v MITSUBISHI CATERPILLAR FORKLIFT AMERICA, INC., et al., Defendants, and NUTTALL GEAR, LLC, et al., Appellants.

Submitted February 23, 2015; decided April 7, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of MASAO YONAMINE, Appellant, v NEW YORK CITY POLICE DEPARTMENT et al., Respondents.

Submitted February 23, 2015; decided April 7, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.